THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Dominique Donte
 Moore, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2009-MO-051
Heard September 16, 2009  Filed September
 28, 2009  
AFFIRMED IN RESULT

 
 
 
 James W. Boyd, of Rock Hill, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Assistant Deputy Attorney General John W.
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor Kevin Scott
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM: We granted a
 writ of certiorari to review the court of appeals unpublished opinion in State
 v. Moore, 2008-UP-135 (Ct. App. 2008).  Having carefully reviewed the
 record and applicable law, we agree with the court of appeals in finding no
 abuse of discretion in the trial courts admission of the challenged evidence. 
 We affirm in result pursuant to Rule 220(b)(1), SCACR.  However, we vacate the
 following sentence from the court of appeals opinion: Because the money was
 relevant evidence, analysis of whether [Petitioner] was prejudiced is
 unwarranted.  Id.  That is not a correct statement of law, for all
 admissible evidence is subject to analysis under Rule 403, SCRE.  Here, we find
 the admission of the challenged evidence was proper and that its probative
 value was not substantially outweighed by the danger of unfair prejudice.
AFFIRMED IN RESULT.
TOAL, C.J., WALLER,
 PLEICONES, BEATTY and KITTREDGE, JJ., concur.